NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON,**
*Appellants*

**v.**

**INTELLECTUAL VENTURES II LLC,**
*Appellee*

---

2017-2242

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01664.

---

**JUDGMENT**

---

J. ANDREW LOWES, Haynes & Boone, LLP, Richardson, TX, argued for appellants. Also represented by CLINT S. WILKINS; DEBRA JANECE MCCOMAS, Dallas, TX.

SHARON HWANG, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by RAJENDRA A. CHIPLUNKAR, PETER J. MCANDREWS, STEPHANIE SAMZ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 4, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |